

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00918-CV

**IN THE INTEREST OF Z.O.M.** and K.R.M., Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CI09446
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinions of this date, the trial court's award of attorney's fees is REVERSED and judgment is RENDERED that appellee take nothing on her request for attorney's fees. Appellee's motion for appellate sanctions is DENIED. It is ORDERED that appellants recover their costs of this appeal from appellee.

SIGNED April 1, 2020.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice